**Jeffery P. THOMPSON and Leigh Blount, Appellant,**

v.

**Donald STAMPER, et al., Respondent.**

**No. WD 49471.**

Missouri Court of Appeals,
Western District.

Submitted Jan. 10, 1995.

Decided March 14, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 2, 1995.

Application to Transfer Denied
June 20, 1995.

Daniel J. Dodson, Jefferson City, for appellant.

John L. Patton, Asst. Pros. Atty., Boone County, Columbia, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

*ORDER*

PER CURIAM.

Jeffery P. Thompson and Leigh Blount appeal from a judgment denying equitable relief in a suit to set aside the results of an election held in Boone County. Appellants contend that the trial court erred in concluding that: (1) the failure to mail or deliver ballots to qualified voters living in university group housing was not sufficiently irregular to constitute a violation of mandatory election law; and (2) plaintiffs were not discriminated against because an election was set by the county commissioners during a time when students were absent.

The judgment is affirmed. Rule 84.16(b).